**Dale HOWARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56013.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 24, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 1990.

Application to Transfer Denied
July 31, 1990.

Cheryl Rafert, St. Louis, for appellant.

William L. Webster, Atty. Gen., Stewart M. Freilich, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant, Dale Howard, appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would serve no precedential purpose. A memorandum, solely for the information of the parties involved, has been issued explicating the reasons for our decision. Rule 84.16(b).

**Keven WATSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56970.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 24, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 1990.

Application to Transfer Denied
July 31, 1990.

Janis C. Good, David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant, Keven Watson, appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm.

The findings of fact and conclusions of law of the motion court are not clearly erroneous and an extended opinion would serve no precedential purpose. A memorandum, solely for the use of the parties involved, have been provided explaining the reasons for our decision. Rule 84.16(b).